IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JARED BALVIN, | |
|---|---|
| Plaintiff, | 4:17-CV-3132 |
| vs. | JUDGMENT |
| ANGELA M. STEFFEN, | |
| Defendant. | |

On the parties' joint Stipulation for Dismissal (filing 42), this case is dismissed with prejudice, with the parties bearing their own costs.

Dated this 29th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge